STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>ROSANE OILI,  )<br>   a/k/a "Rosane Higa,"  )<br>  )<br>    Defendant.  )<br>_____ ) | CR. NO. CR00-00239<br><br>INDICTMENT<br><br>[21 U.S.C. § 846,<br> 841(d)(2), and 802(35)] |

I N D I C T M E N T

COUNT 1

The Grand Jury charges that:

From a time unknown but at least by October 8, 1999 and continuing to and including May 10, 2000, in the District of Hawaii and elsewhere,

ROSANE OILI
a/k/a "Rosane Higa"

defendant herein, did willfully and unlawfully conspire together with other persons, known and unknown, to unlawfully manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the aforesaid conspiracy, and in order to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii.

1. On October 8, 1999, OILI picked up 1000 grams of Red Phosphorous;

2. On October 14, 1999, OILI purchased four (4) 1.5 liter flasks and a one (1) liter graduated cylinder;

3. On November 2, 1999, OILI picked up a 22 liter and a 12 liter flask from HCS which she had paid for on October 14, 1999;

4. On March 23, 2000, OILI purchased 500 grams of Iodine Cyrstals;

5. On March 31, 2000, OILI purchased 500 grams of Iodine Crystals;

6. On May 5, 2000, OILI purhcased 125 grams of Red Phosphorous.

All in violation of Title 21, United States Code, Section 846.

COUNT 2

The Grand Jury further charges that:

On or about March 23, 2000, in the District of Hawaii, Rosane OILI, a/k/a Rosane HIGA, knowingly and intentionally possessed a List II chemical, to wit, 500 grams of Iodine, knowing and having reasonable cause to believe that said listed chemical would be used to unlawfully manufacture a controlled substance, to wit, methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(d)(2) and 802(35).

DATED:   June  8 , 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
STEVEN ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LOUIS A. BRACCO
Assistant U.S. Attorney