Prob 12C
(Rev. 1/06 D/HI)

ORIGINAL

**United States District Court**

**for the**

**DISTRICT OF HAWAII**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2007

at \_\_\_ o'clock and \_\_\_ min. \_\_\_
SUE BEITIA, CLERK

U.S.A. vs. ROSANE OILI, aka "Rosane Higa"     Docket No. CR 00-00239DAE-01

### AMENDED REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Special Probation)

COMES NOW CARTER A. LEE, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Rosane Oili, who was placed on supervision by the Honorable David Alan Ezra, sitting in the Court at Honolulu, Hawaii, on the 18th day of June 2001, who fixed the period of supervision at 3 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant provide the Probation Office access to any requested financial information.

2. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

The subject's term of supervised release commenced on 2/24/2006.

On 11/2/2005, a Request for Course of Action was filed which alleged Violation Nos. 1 through 5.

### Alleged Violation(s) of Supervised Release

That the petition for a Request for Course of Action dated 10/31/2005 and filed on 11/2/2005 include the following information:

### STATEMENT OF FACTS

On 10/13/2005, the subject reported to the U.S. Probation Office to discuss her alleged violations. The subject subsequently absconded from supervision and a warrant for her arrest was executed on 11/2/2005. The subject's whereabouts were unknown until her recent arrest on 2/16/2007. According to the U.S. Marshal's Service, the subject self-surrendered with Defense Counsel Richard S. Kawana and did not provide any verbal statements during her arrest.

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[✓] That the Request for Course of Action dated 10/31/2005 and filed on 11/2/2005 be amended to include the above-noted additional information and that the subject be brought before the Court to show cause why supervision should not be revoked.

[ ] Other

I declare under penalty of perjury that the foregoing is true and correct

Executed on   2/20/2007

_____
CARTER A. LEE
U.S. Probation Officer

Approved by:

_____
PETER D. YOSHIHARA
Supervising U.S. Probation Officer

## ORDER OF COURT

THE COURT ORDERS that the Request for Course of Action dated 10/31/2005 and filed on 11/2/2005 be amended to include the above-noted additional information and that the subject be brought before the Court to show cause why supervision should not be revoked.

Considered and ordered this 20th day of February, 2007, and ordered filed and made a part of the records in the above case.

_____
DAVID ALAN EZRA
U.S. District Judge

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

None.