AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 00-00239DAE-01 |
| Rosane Oili,<br>aka "Rosane Higa" | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2007

at _9_ o'clock and _____ min. __ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Rosane Oili, aka "Rosane Higa" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should be revoked.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | November 2, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant        By: David Alan Ezra, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Honolulu, HI._

| Date Received 11/3/05 | NAME AND TITLE OF ARRESTING OFFICER<br>Arthur Oh / DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 2/16/07 | | |