# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/26/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 00-00239DAE

CASE NAME:         USA v. Rosane Oili

ATTYS FOR PLA:     Lou Bracco

ATTYS FOR DEFT:    Richard Kawana

USPO:              Carter Lee

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    2/26/2007                TIME:       9:45am-10:35am

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Rosane Oili present, in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:   24 MONTHS

Supervised Release:   NONE IMPOSED

JUDICIAL RECOMMENDATIONS: West Coast facility.  Educational and Vocational training.  Drug treatment.

Defendant advised of her right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager