ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 5 2007

at 10 o'clock and 00 min. AM
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ROSANE OILI, aka "ROSANE HIGA"**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:   1:00CR00239-001<br>USM Number:        87761-022<br>**RICHARD KAWANA, ESQ.**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s)   Standard Condition No. 2; Standard Condition No. 3; Standard Condition No. 6; and Special Condition No. 2.   of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **4892**

Defendant's Residence Address:

Defendant's Mailing Address:

FEBRUARY 26, 2007
Date of Imposition of Sentence

_/s/_
Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

MAR 5 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:00CR00239-001  
DEFENDANT: ROSANE OILI, aka "ROSANE HIGA"

Judgment - Page 2 of 3

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to submit written reports | 8/2005 and 9/2005 |
| 2 | Failure to follow the instructions of the Probation Officer | |
| 3 | Failure to notify the Probation Officer at least 10 days prior to any change in residence | |
| 4 | Failure to notify the Probation Officer at least 10 days prior to any change in employment | |
| 5 | Refusal to submit to drug testing | 4/16/2004, 8/20/2004, and 11/15/2004 |

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:    1:00CR00239-001 | Judgment - Page 3 of 3 |
| DEFENDANT:    ROSANE OILI, aka "ROSANE HIGA" | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>24 MONTHS</u>

[✔] The court makes the following recommendations to the Bureau of Prisons:
West Coast facility. Educational and Vocational training. Drug treatment.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                  _____
                                    UNITED STATES MARSHAL

                By    _____
                                    Deputy U.S. Marshal